

# Fourth Court of Appeals
## San Antonio, Texas

June 3, 2015

No. 04-15-00323-CR

**IN RE** Jesse Lee **FLORES**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice

On May 27, 2015, relator filed a petition for writ of mandamus. This court has determined that we are without jurisdiction to consider the requested relief. The petition is DISMISSED FOR LACK OF JURISDICTION. Relator's motion to waive the operation of appellate rules is DENIED AS MOOT. The court's opinion will issue at a later date.

It is so **ORDERED** on June 3, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of June, 2015.

_Keith E. Hottle_
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 91-05-112CRW, styled *The State of Texas v. Jesse Lee Flores*, pending in the 218th Judicial District Court, Wilson County, Texas.